NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE RAMBUS, INC.,**

---

2013-1623

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 95/001,169.

---

**ON MOTION**

---

Before RADER, *Chief Judge,* NEWMAN and HUGHES, *Circuit Judges.*

NEWMAN, *Circuit Judge.*

### O R D E R

The Director of the United States Patent and Trademark Office moves to remand this matter to the Patent Trial and Appeal Board to reconsider its decision in light of this court's decision in *Rambus, Inc. v. Rea,* 2012-1480 (Fed. Cir. 2013).  Rambus moves for an extension of time to file its response and opposes the motion to remand.  The Director replies.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                                              IN RE RAMBUS, INC.


   (1)  The motion for an extension of time is granted.

   (2)  The motion to remand is granted.  The Board's decision is vacated and the case remanded for further proceedings.

   (3)  Each side shall bear its own costs.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25


ISSUED AS A MANDATE:  May 30, 2014